Kenneth SANDERS, Plaintiff–Appellant,

v.

Deputy COURTS, in his official capacity and individual capacity; Deputy Butler, in his official and individual capacity; Deputy Bowers, in his official and individual capacity; A.K. Lites, Lieutenant, Grievance Coordinator, in his official capacity; Deputy Barley; Nurse Lahai; Doctor Nwosu, Defendants–Appellees.

and

Deputy Gremier, in her official and individual capacity; Arlington County Detention Center; Arlington County Sheriff's Department, Nurse Gerald, Defendants.

No. 04–6998.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 23, 2004.

Kenneth Sanders, Appellant pro se.

Jack L. Gould, Fairfax, Virginia, Edward Joseph McNelis, III, John David McChesney, Ashton Marie Jennette, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Sanders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanders v. Deputy Courts*, 2004 WL 2165887, No. CA–02–208–2 (E.D.Va. May 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*